UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA D. THOMPSON,**<br><br>　　Plaintiff,<br><br>　**vs.**<br><br>**FEDERAL EXPRESS CORPORATION,**<br><br>　　Defendant. | Case No. 4:20-CV-5967-YGR<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 50 |

　　The Court is in receipt of the parties' joint notice of settlement and request to vacate all pre-trial deadlines and the trial date and to set a case management conference. (Dkt. No. 50.) In light of the settlement, the Court hereby **ORDERS** that this case is **DISMISSED**. It is further **ORDERED** that if any party certifies to this Court by no later than **October 15, 2021**, with proper notice to opposing counsel, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

　　This Order terminates the case.

　　**IT IS SO ORDERED.**

Dated: **August 16, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**